COMMONWEALTH of Pennsylvania, Pennsylvania Human Relations Commission o/b/o Robin Garner, Appellants,

v.

John SMOCZYLO, Appellee.

Supreme Court of Pennsylvania.

March 25, 2013.

### ORDER

PER CURIAM.

AND NOW, this 25th day of March, 2013, the Orders of the Commonwealth Court are hereby AFFIRMED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Rodney GREENE, Petitioner.

Supreme Court of Pennsylvania.

March 26, 2013.

### ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2013, the Petition for Allowance of Appeal and Application for Leave to Amend the Petition for Allowance of Appeal are DENIED.